# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSICA R. MAURICIO § | |
| § | |
| V. § | CIVIL ACTION NO. 5:12-CV-00780-OLG |
| § | |
| CONTINENTAL TIRE THE § | |
| AMERICAS, LLC AND AUTOMOTIVE § | |
| TESTING & DEVELOPMENT § | |
| SERVICES | |

### AFFIDAVIT OF VERONICA S. WOLFE

THE STATE OF TEXAS §
§
COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this day personally appeared Veronica S. Wolfe, known to me to be the person whose name is subscribed below, who, upon her oath, deposes and states as follows:

"My name is Veronica S. Wolfe. I am over the age of 18 years and am an adult resident of San Antonio, Bexar County, Texas. I am fully competent to testify in this cause. I have personal knowledge of the matters stated herein and they are true and correct.

"I am an attorney licensed to practice in the State of Texas, and I have been practicing law in San Antonio since 2008. I am licensed to practice in the United States District Court for the Western District of Texas. Over the past five years, I have practiced in various areas of civil litigation, including commercial litigation, contract claims, employment claims, and family law matters.

"I am an associate to William H. Ford, who is the lead counsel in this case. Mr. Ford has been licensed to practice law in the State of Texas since 1979. He is licensed to practice in the Western, Southern, and Northern United States District Courts. Over the past 33 years, his

526551.1

practice has covered a broad range of issues, more recently focusing on unique cases involving commercial litigation, theft of trade secrets, insurance issues, construction disputes, contract claims, fiduciary litigation, professional negligence claims (legal, engineering, and architectural), constitutional land use, wrongful death claims, employment claims, family law matters, and other distinctive cases. He has served as lead counsel in more than 30 jury trials and numerous non-jury proceedings, including notable cases in Bexar and surrounding counties. He was recognized as a "Texas Super Lawyer" from 2005 through 2013 by *Law & Politics* magazine. He was also recognized as one of "San Antonio's Best Lawyers" by *Scene in SA* magazine from 2005 through 2012.

"Mr. Ford's hourly rate in this case is $350.00 per hour, a rate that is reasonable given comparable rates in Bexar County and given his experience in similar matters. In addition, my hourly rate $200.00 per hour, a rate that is reasonable given comparable rates in Bexar County. My opinions relating to reasonableness and necessity of the attorneys' fees incurred in this case are based upon my knowledge of the market, our attorneys' experience and qualifications, the complexity of the issues presented, the nature of the controversy, the time limitations imposed, and the results obtained.

"My hours comprise the majority of the fees in this case. To that end, I am familiar with the total attorneys' fees and costs associated with defending this suit, which includes preparing and presenting this motion for summary judgment and motion for sanctions. Such fees and costs, totaling $17,800.00 as of this date, are reasonable and necessary and Automotive Testing & Development Services ("ATDS") was required to incur these fees and costs as a result of Jessica Mauricio's filing of this suit."

FURTHER, Affiant sayeth not.

_____
VERONICA S. WOLFE

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 31st day of July, 2013.

**Charlie Baker**
Commission Expires
03-16-2016

_____
NOTARY PUBLIC, STATE OF TEXAS

526551.1                                3